IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

DAVID TRAVER,

                Plaintiffs,

                                              Civil Action No.
   vs.                                      6:09-CV-00663 (NAM/ATB)

COOPER INDUSTRIES, INC.

                Defendants,

_____

**Norman A. Mordue, Chief U.S. District Judge**

JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

      Pursuant to the Report of the Mediator filed on July 8, 2011, the Court has been advised that this action has been settled, or is in the process of being settled.  Counsel has also advised the Court that no infant or incompetent is a party to this action.  Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

      ORDERED, as follows:

      1) The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty days of the date of the filing of this order upon a showing that the settlement was not consummated;

      2) The dismissal of the above captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty days of the date of filing of this order upon a showing that the settlement was not consummated.  Upon completion of settlement, the parties are directed to exchange general

releases and file a **Stipulation of Discontinuance** with the Court that must include language "**that no party hereto is an infant or incompetent**" in compliance with N.D.N.Y.L.R. 41.3; and

    3) The Clerk shall serve copies of this Judgment upon counsel in this matter by electronic means.

Dated: July 11, 2011

_____
Norman A. Mordue
Chief United States District Court Judge